THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST FUGATE, Appellant. [855 NYS2d 406]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered December 19, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted murder in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Centra, Lunn, Fahey and Gorski, JJ.